**Order entered December 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01210-CV

## IN THE INTEREST OF S.J., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-21-0985-X**

## ORDER

Before the Court is appellant's December 20, 2022 motion for an extension of time to file his opening brief. We **GRANT** the motion and extend the deadline to **December 30, 2022**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/    ERIN A. NOWELL
JUSTICE